UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WITKIN DESIGN GROUP, INC.

           Plaintiff,                      Case No.:

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA AND BROWN
& BROWN OF FLORIDA, INC.,

           Defendants
_____/

### AFFIDAVIT OF JON NAWROCKI

    BEFORE ME, the undersigned authority, personally appeared who, having first been duly sworn, testifies as follows:

1. My name is Jon Nawrocki and I am over the age of 18.

2. I am a Claim Professional at Travelers' Orlando, Florida office.

3. This affidavit is based upon my personal knowledge.

4. At the time this action was commenced, and as of the executing of this affidavit, Travelers Property Casualty Company of America has been a Connecticut corporation with its principal place of business in Hartford, Connecticut.

5. At the time this action was commenced, and as of the executing of this affidavit, Travelers Property Casualty Company of America was not incorporated in the State of Florida.

6. At the time this action was commenced, and as of the executing of this affidavit, Travelers Property Casualty Company of America has been a citizen of the State of Connecticut and not the State of Florida.

FURTHER AFFIANT SAYETH NAUGHT

_____
Jon Nawrocki

STATE OF FLORIDA
COUNTY OF ORANGE COUNTY

SWORN TO AND SUBSCRIBED BEFORE ME this ___9th___ day of February, 2016 by Jon Nawrocki, ☒ who is personally known to me and who ☒ did ☐ did not take an oath.

_____
Notary Public, State of Florida

Type or Print Name: _Amanda L. Dettmann_

AMANDA L DETTMANN
MY COMMISSION #FF062989
EXPIRES October 24, 2017
(407) 888-0160   FloridaNotaryService.com

2

15182204v1 2375