UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20484-CIV-MORENO

WITKIN DESIGN GROUP, INC.,

    Plaintiff,

vs.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and BROWN &
BROWN OF FLORIDA, INC.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable John O'Sullivan, United States Magistrate Judge for a Report and Recommendation on Defendant's Motion for Summary Judgment **(D.E. 25)**, filed on **September 29, 2016** and Plaintiff's Motion for Summary Judgment **(D.E. 29)** filed on **October 11, 2016**. The Magistrate Judge filed a Report and Recommendation **(D.E. 50)** filed on **December 15, 2016**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge John O'Sullivan's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED. The Court agrees with the Defendant that the claims asserted against Plaintiff in the underlying wrongful death action fall under the purview of the Professional Services exclusions, included in both the commercial general

liabilities policy and the umbrella policy. Accordingly, the Court finds the Defendant has no duty to defend Plaintiff under either policy. It is also

**ADJUDGED** that all other pending motions are DENIED as moot and the Clerk of Court is directed to close this case.

DONE AND ORDERED in Open Court at Miami, Florida, this ___9__ of January 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge John O'Sullivan

Counsel of Record